UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| RODERICK EATMOND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:13-CV-65-NAB |
| STATE OF MISSOURI, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff filed the instant action on July 8, 2013, when he was incarcerated at the Moberly Correctional Center ("MCC"). Plaintiff's new address, however, indicates that he has been released from prison [Doc. #6]. Given that plaintiff is no longer incarcerated, the Court will grant plaintiff twenty (20) days in which to submit a "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23" or to pay the filing fee, as set forth below.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiff with the court forms entitled "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $400.00 or to submit a fully completed and signed "Motion to Proceed without Prepayment of Costs" and "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the case shall be dismissed, without prejudice and without further notice to him.

Dated this 7th day of August, 2013.

        **/s/ Nannette A. Baker**
**NANNETTE A. BAKER**
**UNITED STATES MAGISTRATE JUDGE**